IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM O'MARA, *et al.*, <br> *Plaintiffs* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| CREATIVE WASTE SOLUTIONS, LLC, <br> d/b/a B&L DISPOSAL SERV., *et al.*, <br> *Defendants* | : <br> : <br> : | No. 19-2021 |

## ORDER

AND NOW, this 14th day of May, 2020, upon consideration of the parties' Joint Motion to Approve Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. No. 23) and the parties' Renewed Motion for Approval and Supplemental Information in Support of Approval of Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. No. 25), it is **ORDERED** that:

1. The parties' Renewed Motion for Approval of Settlement Agreement (Doc. No. 25) is **GRANTED** as set forth in the accompanying Memorandum.

2. The Revised Proposed Settlement Agreement (Doc. No. 25-1) is **APPROVED** as set forth in the accompanying Memorandum.

3. The parties' initial Joint Motion for Approval of Settlement Agreement (Doc. No. 23) is **DEEMED MOOT**.

4. The above action is **DISMISSED WITH PREJUDICE**. The parties must bear their own costs, fees, and expenses, except as set forth in the Settlement Agreement (Doc. No. 25-1).

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE